ACCEPTED
01-15-00560-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 6:09:01 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT COURT OF APPEALS
HOUSTON, TEXAS
NO. 01-15-00560-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 6:09:01 PM
CHRISTOPHER A. PRINE
Clerk

MICHAEL DAVILA
APPELLANT

On Appeal from Cause Number 1339876
From the 351st District Court
Harris County, Texas

V.

THE STATE OF TEXAS
APPELLEE

---

### Designation Of New Lead Counsel

---

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Michael Davila, and pursuant to Tex. R. App. Proc. 6.1 gives notice of a new lead counsel designated by the Harris County Public Defender's Office to his appeal:

**Sarah V. Wood**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood                          /s/ Mark Kratovil

SARAH V. WOOD                              MARK KRATOVIL
Current Counsel                            Former Counsel

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office -—— Appellate Section, via the electronic delivery efile service.


/s/ Sarah V. Wood
Sarah V. Wood